DAVID B. BARLOW, United States Attorney (#13117)
CY H. CASTLE, Assistant United States Attorney (#04808)
TYLER L. MURRAY, Assistant United States Attorney (#10308)
Attorneys for the United States of America
185 South States Street, Suite 300, Salt Lake City, Utah 84111
Tel: (801) 524-5682 ♦ Fax (801) 325-3310

FILED
U.S. DISTRICT COURT
2013 MAR 27 A 9:01
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>$85,668.00 IN UNITED STATES CURRENCY,<br><br>Defendant.<br><br>ANDREW C. WILEY,<br><br>Claimant. | FINAL JUDGMENT AND ORDER OF FORFEITURE<br><br>Case No. 2:09CV00029-DS<br><br>Judge David Sam |

This matter is before the court on the parties' joint motion for final order of forfeiture (ECF No. 109). The court, being duly advised in the premises, finds as follows:

    1.    On January 15, 2009, the United States filed its Verified Complaint for Forfeiture *In Rem* against $85,668.00 ("Defendant Property") and Warrant and Summons for Arrest of Articles In Rem. ECF Nos. 1 and 2. On February 2, 2009, the Warrant and Summons for Arrest of Articles In Rem was executed on the Defendant Property by the U.S. Marshals Service. ECF No. 8.

2. The court entered an order on January 21, 2009, directing the United States to publish notice of this action. ECF No. 6. By way of said published notice, any person claiming an interest in Defendant property was to file a claim within thirty days of the final publication date of said notice, and was to file an answer to Plaintiff's complaint within twenty days from the date said claim had been filed in response to the published notice.

3. On February 13, 2009, Plaintiff filed a notice of compliance with the court's order of publication indicating it published notice on www.forfeiture.gov for a period of 30 consecutive days running January 28, 2009 through February 26, 2009. ECF No. 9.

4. Andrew C. Wiley ("Claimant") was served notice of this proceeding on January 21, 2009 (ECF No. 7) and, on March 5, 2009, he filed a Claim and an Answer (ECF Nos. 14 and 15). Claimant filed an amended claim on March 16, 2009. ECF No. 16.

5. The court has been advised by the United States that no other person or entity has filed a claim or an answer asserting an interest in the Defendant Property. ECF No. 108. From a review of the court file, the court sees no evidence of any such filing.

6. On August 12, 2009, Claimant filed a motion to suppress all evidence obtained during a traffic stop of his vehicle which occurred on September 15, 2008, and for an order dismissing this case and returning Defendant property to Claimant. ECF No. 29.

7. Claimant's motion to suppress was denied by the undersigned on March 25, 2010. ECF No. 48.

8. In the joint motion for final order of forfeiture presently before the court, Claimant represents that he does not oppose said motion. Soley for the purposes of this Joint Motion and the entry of Final Judgment and Order of Forfeiture, claimant Andrew C. Wiley does not here dispute the government's representation that, following the denial of claimant's motion to suppress evidence, there remains sufficient evidence before the Court for the forfeiture to the United States of defendant $85,668.00 in U.S. currency, pursuant to 21 U.S.C. § 881(a)(6). Although claimant does not oppose such forfeiture under the above terms, he reserves the right to appeal the Court's denial of his motion to suppress evidence (ECF No. 48) on March 25, 2010 and enters into this Joint Motion in order to facilitate that appeal. ECF No. 108.

9. Given the foregoing, the parties' joint motion for final order of forfeiture (ECF No. 108) should be granted and Claimant's right to appeal the denial of his suppression motion should be reserved.

IT IS ORDERED:

A. The parties' joint motion for final judgment and order of forfeiture (ECF No. 108) is granted;

B. All right, title or interest in or to the Defendant Property ($85,668.00) held by any person or entity, except Claimant Andrew C. Wiley, is forever barred and foreclosed;

C.  Defendant property is hereby forfeited to the United States of America;

D.  Defendant property shall be disposed of in accordance with law;

    Claimant Andrew C. Wiley's right to appeal the undersigned's denial of his

    motion to suppress evidence (ECF No. 48) is hereby reserved.

SO ORDERED, this _27ᵗʰ_ day of March, 2013.

BY THE COURT:

*David Sam*

David Sam, Judge
United States District Judge
